# UNITED STATES DISTRICT COURT
for the

District of Kansas

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-20011-HLT |
| Dawna Kellog, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dawna Kellogg .

Date: 3/07/2022

s/Laquisha Ross
*Attorney's signature*

Laquisha Ross, #78550
*Printed name and bar number*

500 State Ave., Suite 201
Kansas City, KS 66101
*Address*

laquisha_ross@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*