Jayce Brandt

July 20, 2022

Honorable Judge Teeter
United States District Court
Re: Dawna Kellogg

Honorable Judge Teeter:

My name is Jayce Brandt, and I am the son of Dawna Kellogg. I am writing on behalf of my mother to request leniency in her sentencing for the crimes of wire fraud and subscribing to a false tax return.

My mother has admitted to her wrong-doing and deeply regrets her actions. This is her first offense, and she has, until this time, been a productive and positive member of the community. She has always been a self-reflective person and one that takes her responsibilities very seriously. This was apparent in the care and passion she raised both my sister and me. Her input led to both of us earning advanced degrees in our fields and starting successful careers. Her moral support was instrumental in completing my doctorates degree in Entomology and starting my career.

Currently, she is very involved in my nephew and niece's lives and I have no doubt that her influence will lead to similar successful young people. She plays an integral role in their care by acting as a support for my sister and her husband. Both my sister and her husband have demanding jobs that require them to find supplementary care for their young children. My mother fulfills this role often and, I believe, better than most other options. The children are extremely close to my mother and her care, support, and love are important to their continued development in my opinion. My sister and I grew up in a troubled home, but it was my mother's love and support which allowed us to prosper even through difficult situations.

I believe that these same traits will be a positive force in my sister's children's lives should you show her leniency in her sentencing. Her care is vital to my sister and her children's lives. She is also a valued member of the community, and her warmth and spirit would be missed dearly by all those in it. In this light, I humbly ask that you show leniency in your sentencing in this matter.

Respectfully,

Jayce Brandt



July 17, 2022

To the Honorable Judge Teeter,

My name is Rebecca Macklin. I have been a teacher in Franklin County for the past 26 years. I have known Dawna Kellogg since April of 2020, when she moved in next door to me in rural Williamsburg, Kansas. Dawna and her husband have been friendly and helpful as neighbors. She has brought food over when I had surgery and wasn't able to cook, watched our pets for us, and watched over our home when we were out of town.

I know **now** that in her past, Dawna may have made some poor choices. I don't feel any less trusting of her since this issue came to light and that is not at all the person I know now. In all of my time knowing her, she has been a very caring, considerate friend who loves to help her family and spend time with her husband and her grandchildren. Thank you for your time.

Regards,

*Rebecca Macklin*

Rebecca Macklin

July 25, 2022

Brent Macklin

To the Honorable Judge Teeter,

My name is Brent Macklin. I live in rural Williamsburg, Ks. I am a retired shift Lieutenant with the Ottawa Fire Dept. I also am a Reserve Sheriff Deputy for the Franklin County Sheriff Dept. I am also a business owner in rural Williamsburg.

I have known Dawna Kellogg since spring of 2021. Dawna and her husband Rob live next door to myself and my wife Rebecca. Dawna is a very kind and caring person. There have been numerous times Dawna has brought food to our house when my wife or myself have been sick or just because she thought we'd enjoy what she prepared. I consider Dawna to be a loyal and trusted friend. Dawna and Rob keep a watch over our home while we're away and feed our animals.

I understand that Dawna has made mistakes in her past that she will have to be held accountable for. I hope you will take into consideration my impressions of her character.

Sincerely yours,

Brent Macklin

July 20, 2022

Honorable Judge Teeter,

I am writing in reference to Dawna Kellogg who is appearing before you due to her prior plea with the court.

Dawna asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Dawna and about her future, and I want to try to make you feel the same way.

Dawna is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true, nonetheless. I have known Dawna for 40 plus years, and she is a true friend, mother, grandma and wife. I have seen her go through ups and downs, but all the while I have been convinced that she is a decent and very compassionate person, with a big heart.

Dawna has made mistakes as we all have and she is incredibly remorseful and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. In order for her to do that, she needs you to give her an opportunity to get a second chance. I recognize that Dawna broke the law, and I do not believe that she should get off without punishment. I just hope you will recognize the power you wield with regard to the future of Dawna and make a fair decision.

Respectfully,

*Debbie Osborn*

Debbie Osborn

Jeffrey L. Meeker

June 30, 2022

Re: Dawna Kellogg

To The Honorable Judge Teeter

I have known Dawna Kellogg for over five years through our mutual participation in the Combat Veterans Motorcycle Association (CVMA). I was quite frankly in disbelief when I first learned of charges against her and the fact that she eventually pled guilty. In all my interactions with her she has displayed nothing but complete kindness, helpfulness, and honesty. It is for these reasons that I am pleased to write a letter on her behalf. I fully understand the seriousness of her offenses and truly believe that she is remorseful for her actions.

During my relationship with Dawna Kellogg, I have never doubted her honesty nor desire to assist others. We have worked on numerous CVMA events where she demonstrated her commitment to the Associations motto of 'Veterans Helping Veterans'. She has always been the first one to aid others around her that needed help. Dawna is also a family-oriented person who shows great compassion for her biological family as well as her extended family of friends and acquaintances.

I am a retired U.S. Army Colonel and now work as a Senior Army Civilian Professional. In total, I have been in leadership positions within the U.S. Army for over thirty-five years. In my tenure within the Army, I believe that I have become a pretty good judge of character and am able to discern the difference between someone who is an outright bad person from those who have simply made some bad choices. In my discussions with Dawna regarding her case, my perception is that she made a series of bad choices but is not a bad person because of them. She has been forthcoming with the fact that she was wrong and has shown remorse and a willingness to make atonement for her actions.

In closing, I petition the court to show leniency to Dawna Kellogg during sentencing. Again, there is no doubt in my mind that she is remorseful for the actions that have led to this point.

Sincerely,

Jeffrey L. Meeker

Robert Morris Kellogg, MS, CSP, CHST, CSM

July 13, 2022

RE: Dawna Lynn Kellogg Character Letter

To the Honorable Judge Teeter,

It is with great respect to the court and appreciation for the opportunity to write to you on behalf of Dawna Lynn Kellogg, regarding her current legal situation with the Federal Court System. I have known Dawna since late 2016 and we were married in November of 2020. Her devotion to others and giving disposition were a major factor in wanting to share my life with her as a husband and best friend. Life has become immensely better, with her by my side.

I am currently a self-employed, industrial consulting specialist that assists businesses in their regulatory, operations activities, insurance management and training needs. I have been in the industry since 2004 and currently hold a Master's Degree in Industrial Safety Management from Northern Illinois University, A Board-Certified Safety Professional Certificate, Industrial Trainer for both general industry and construction practices and a certification as a Construction Health and Safety Technician. I served 22 years in the military and retired in 2009 from the Army National Guard, as a Non-Commissioned Officer, with 4 combat tours.

The past issues that were a factor in generating Dawna's choice to take these actions, at her previous employment position, were clearly unwise. I neither condone nor condemn her for these actions, as these decisions were generated by numerous factors and situational influences in her previous marriage. We all make errors in our lives and often are not able to see clearly, when under excessive stresses. I believe this was the case for Dawna. Her remorse for this action weighs on her daily and regret is too lenient a word to describe her expressed feelings on this matter. She has a loving and caring disposition with everyone she meets, and it is common for her to sacrifice, so that others may not go without. I witness this characteristic in her on a continuous basis. She possesses a pleasing nature and genuinely desires people to be happy and well cared for in her presence. Please, take this under consideration when making your judgement and know that she is focused on making things right with the remainder of her years in our community. Thank you for your time and leniency consideration in this case.

Respectfully,

Robert Kellogg, MS, CSP, CHST, CSM
US Army (Ret)

7/18/22

To the Honorable Judge Teeter;

Your Honor,

My name is William Baldwin and I am a projects manager at Rinker Pipe and precast for the Mid-West region based out of Kansas. I am also very active in many Veterans organizations in the area.

I have known Dawna Kellogg since July 2017 and I know she has had her ups and downs in life. She has always come across as a person of good moral character for as long as I have known her.

I have spoken to her on the fraud and tax charges and I do believe she truly feels remorse for her actions. Dawna was going through a lot during that period of her life and as a man who lives with a spouse who was abused in a previous marriage, I can sympathize with the need for her to please her spouse in order to not be abused. She has found the courage to move on from that life and I know she will work hard to make amends for what has happened.

I can confirm that I all the time I have known her, Dawna Kellogg has been a reliable, trustworthy, and decent person. I just hope that you will give an opportunity for a second chance to Dawna while you make a fair decision.

Sincerely,

William Baldwin